FILED
CLERK, U.S. DISTRICT COURT

JUN 28 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCELOTT GREEN,<br><br>  Petitioner,<br><br>  v.<br><br>MATTHEW MARTEL, Warden,<br><br>  Respondent. | Case No. CV 09-08119 JSL (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the court has conducted a de novo review of the file, including the Magistrate Judge's Report and Recommendation ("R&R"). Petitioner did not file any Objections to the R&R in the time and manner directed by the court.  IT IS ORDERED that:

  1. The R&R is approved and adopted.

  2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

  3. All motions are denied as moot and terminated.

  IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: June 28, 2010

*/s/ Spencer Letts*
_____
J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE