FILED
CLERK, U.S. DISTRICT COURT
JUN 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCELOTT GREEN, | Case No. CV 09-08119 JSL (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| MATTHEW MARTEL, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

*Spencer Letts*

Dated: June 28, 2010

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 28 2010
CENTRAL DISTRICT OF CALIFORNIA
BY